**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ERICA FEBRIANTI,<br><br>Plaintiff,<br><br>v.<br><br>MTA POLICE OFFICER, *et al.*,<br><br>Defendants. | ) | Civil Action No. 26-2713 (UNA) |

**MEMORANDUM OPINION**

This matter is before the Court on review of Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). Plaintiff, then homeless in New York City, alleges violations of her First Amendment to exercise her religion when she was not permitted to pray at public libraries in Manhattan, Brooklyn, and Queens. *See generally* Compl. (ECF No. 1).

A civil action may be brought in the judicial district "in which any defendant resides, if all defendants are residents of the State in which the district is located," 28 U.S.C. § 1391(b)(1), or in the district "in which a substantial part of the events or omissions giving rise to the claim occurred, *id.* § 1391(b)(2). Defendants are alleged to reside or conduct business in New York, and no event giving rise to plaintiff's claims is alleged to have occurred in the District of Columbia. The Court concludes, then, that venue in the District of Columbia is improper.

When "venue [is laid] in the wrong [judicial] district," a district court "shall dismiss, or if it be in the interest of justice, transfer such case" to a district "in which it could have been brought." 28 U.S.C. § 1406(a). Transfer is favored to "preserv[e] a petitioner's ability to obtain review," *Nat'l Wildlife Fed'n v. Browner*, 237 F.3d 670, 674 (D.C. Cir. 2001) (citation omitted),

especially where, as here, plaintiff is proceeding *pro se*, *see James v. Verizon Servs. Corp.*, 639 F. Supp. 2d 9, 15 (D.D.C. 2009). Because the events giving rise to the complaint occurred in two districts, *see* 28 U.S.C. § 112(b) (Southern District of New York includes New York and Bronx counties), (c) (Eastern District of New York includes Kings County), it not clear where the case ought to go.

The Court GRANTS plaintiff's application for leave to proceed *in forma pauperis* and DISMISSES the complaint and this civil action without prejudice. Plaintiff may move to reopen the case and to transfer the case to the district of her choice. An Order is issued separately.

2026.10.28
09:48:11 -04'00'

DATE: October 28, 2026

TREVOR N. McFADDEN
United States District Judge